```
                                              FILED
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF OKLAHOMA        DEC 2 3 2002
```

(1) **SECURITIES AND EXCHANGE COMMISSION**,  )  ROBERT D. DENNIS, CLERK
                                Plaintiff,       )  U.S. DIST. COURT, WESTERN DIST. OF OK
                                             )  BY _____ DEPU
v.  )  Case No. CIV-01-999-W
)
(1) **GARRY W. STROUD**, Individually and d/b/a  )
ANGELIC INTERNATIONAL, EURO CREDIT AND  )
EXCHANGE BANK LTD., and DIAMOND GLOBAL  )
HOLDING TRUST,  )
                                Defendant,  )
and  )  **DOCKETED**
)
(1) **ADELE LOUROS**,  )
                             Relief Defendant.  )

## O R D E R

Before the Court is the Application of the Plaintiff and the Receiver for an Order Imposing Sanctions Against Respondent John Collins filed on December 23, 2002. In support of the motion, the Receiver alleges Respondent John Collins has failed to purge himself of the Contempt Order of this Court of November 18, 2002.

The Receiver seeks an order including, but not limited to, the following relief:

1. a holding that Respondent John Collins has failed to purge himself of direct civil contempt of court;

2. incarceration of Mr. Collins until such time as he complies with the Court's orders;

3. imposition of per diem fine on Mr. Collins until he complies with the Court's orders;

4. an award of costs and fees incurred by the Receiver in seeking compliance with the Court's orders,

224893

54

The Court orders the Respondent John Collins to appear before the Court at *11:00* o'clock *A*.m. on ~~December~~ *January 2*, 200*3* to show cause why he should not be punished for contempt of court. Respondent Collins should be prepared to respond to the Receiver's showing as to why the above-described relief is appropriate. Receiver is ordered to serve a copy of this Order along with a copy of the Application for Contempt Citation on counsel for Mr. Collins.

Entered this **23** day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE