FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-01-999-W |
| | ) | |
| (1)  GARRY W. STROUD, Individually and d/b/a ANGELIC INTERNATIONAL, EURO CREDIT AND EXCHANGE BANK LTD., and DIAMOND GLOBAL HOLDING TRUST, | ) | |
| Defendant, | ) | |
| and | ) | |
| (1)  ADELE LOUROS, | ) | |
| Relief Defendant. | ) | |

ORDER

This matter came on for hearing on this 2nd day of January, 2003, at 11:00 o'clock a.m. on the application of the plaintiff and the receiver for an order imposing sanctions against respondent, John Collins. The plaintiff appears by and through Harold R. Loftin, Jr., the receiver, J. Chris Condren, appears in person and through his counsel, James E. Golden, Jr., the respondent, John Collins, appears by and through David M. Williams, his attorney of record, herein.

The Court having heard argument of counsel finds that the respondent, John Collins, has failed to purge himself of the contempt order of this Court of November 18, 2002. Accordingly, the Court imposes a per diem fine on John Collins of $250.00 per day until such time as the contempt is purged or until further order of the Court. The Court further awards fees and costs incurred by the receiver which has been agreed upon between the parties at $3,000.00. The

59

-2-

Court further orders that John Collins be incarcerated for failure to purge himself of direct civil contempt.  Mr. Collins is hereby committed to the custody of the United States Bureau of Prisons.  Mr. Collins is ordered to report to the United States Marshal's Office by 12:00 o'clock p.m. on January 8, 2003 to begin his term of incarceration.  He shall remain confined until such time as the contempt is purged, that is until such time as he has complied with this order and the Court's order of November 18, 2002 to return monies to the receiver.

/s/ Lee R. West
United States District Judge