DOCKETED

FILED
JAN 2 9 2003
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) GARRY W. STROUD, individually and d/b/a ANGELIC INTER- NATIONAL, EURO CREDIT and EXCHANGE BANK LTD., and DIAMOND GLOBAL HOLDING TRUST, ) ) ) ) ) ) ) ) Defendant, ) ) and ) ) ADELE LOUROS, ) ) Relief-Defendant. ) | No. CIV-01-999-W |

## ORDER

As John E. Collins was advised at the hearing held this date, the Court ORDERS that John E. Collins be remanded to the custody of the United States Marshal and be incarcerated until such time as Collins has purged himself of contempt as found and ordered by this Court on November 18, 2002, and January 2, 2003. As he was further advised at the hearing held this date, Collins shall purge himself by paying (1) the sum of $162,000.00 as well as the sum of $25,000.00, such amounts representing funds belonging to the receivership estate and wrongfully diverted in violation of the Order Freezing

Assets dated July 12, 2001, (2) a per diem fine in the amount of $250.00, beginning as of January 3, 2003, and continuing until such time as the contempt is purged, and (3) the sum of $3,000.00 in attorneys' fees and costs.

ENTERED this ___29th___ day of January, 2003.

LEE R. WEST
UNITED STATES DISTRICT JUDGE