DOCKETED

FILED

FEB 1 0 2003

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. CIV-01-999-W ) |
| GARRY W. STROUD, individually and d/b/a ANGELIC INTER-NATIONAL, EURO CREDIT and EXCHANGE BANK LTD., and DIAMOND GLOBAL HOLDING TRUST, | ) ) ) ) ) ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| ADELE LOUROS, | ) ) |
| Relief-Defendant. | ) |

## O R D E R

Upon review of the record, the Court

(1)   GRANTS the Motion to Withdraw as Counsel filed on February 7, 2003;

(2)   hereby PERMITS attorney David M. Williams to withdraw as counsel of record for John E. Collins subject to the condition that subsequent papers will continue to be served upon Williams for forwarding purposes unless and until Collins has appeared by other counsel in this matter or pro se; and

(3)   DIRECTS Collins to obtain new counsel within fifteen (15) days or file a paper within fifteen (15) days indicating his intent to proceed pro se.

ENTERED this _____ day of February, 2003.

LEE R. WEST
UNITED STATES DISTRICT JUDGE